# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

145844

R & M VENTURES, L.LC.,
      Plaintiff/Counter-
      Defendant-Appellant,

v

ESTATE OF ORVILLE G. WONSEY,
Deceased, JOHN YUN, Personal Representative,
      Defendant/Counter-
      Plaintiff-Appellee.

SC: 145844
COA: 304241
Oakland Probate Court:
2007-311313-CZ

_____/

      On order of the Court, the application for leave to appeal the August 2, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013

_____
Clerk

d0122